THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:12-cr-00020-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> (5) KEITH ARTHUR VINSON, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's Motion to Adopt Co-Defendant's Motion [Doc. 126].

For the reasons stated therein, and for good cause shown, the Court will grant the Defendant's Motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion [Doc. 126] is **GRANTED**, and Defendant Vinson is hereby allowed to adopt the Motion to Strike Surplusage filed by his co-defendant Thomas E. Durham.

**IT IS SO ORDERED.**    Signed: January 30, 2013

Martin Reidinger
United States District Judge