**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:12-cr-00020-MR-DLH-5**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| ) | |
| vs. ) | <u>**O R D E R**</u> |
| ) | |
| ) | |
| KEITH ARTHUR VINSON. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on counsel's Motion to Submit Interim Fee Application [Doc. 205].

For the reasons stated therein, the Court will allow counsel's motion.

**IT IS, THEREFORE, ORDERED** that Counsel's Motion [Doc. 205] is **GRANTED**, and counsel may submit an interim fee application for work performed through the conclusion of the trial of this matter.

**IT IS SO ORDERED.**

Signed: October 28, 2013

Martin Reidinger
United States District Judge