IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 CR 20-5

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| KEITH ARTHUR VINSON. | ) | |
| | ) | |
| _____ | ) | |

**THIS MATTER** came before the undersigned pursuant to the Government Motion to Unseal and Disclose Documents and Testimony Regarding Appointment of Counsel (#312) filed by the Government. At the call of the matter on for hearing, Defendant's counsel, John Clark Fischer requested that the hearing of the motion be continued and that Mr. Fischer be allowed a period of time to respond in writing to the motion. The Government objected to the motion to continue. After considering the arguments of counsel for Defendant and the Assistant United States Attorney, the undersigned determined to enter an order allowing the motion to continue the hearing. Defendant's counsel will be allowed up to and including March 3, 2014 to respond in writing to the Government's Motion (#312). The Government will then be allowed up to and including March 10, 2014 to file a Reply and thereafter the undersigned will enter an order based upon the written documents in favor or against the motion.

1

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Court allows Defendant's oral motion to continue the hearing in regard to the Government Motion to Unseal and Disclose Documents and Testimony Regarding Appointment of Counsel (#312). It is **ORDERED** that Defendant's counsel shall have up to and including **March 3, 2014** to file a response to the motion and the Government will be allowed up to and including **March 10, 2014** to reply. The undersigned will then enter an Order based upon the written pleadings regarding this issue without scheduling further hearing.

Signed: February 25, 2014

Dennis L. Howell
United States Magistrate Judge